IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS RANDALL REVES                                                                PETITIONER

V.                                        CASE NO. 4:16-CV-04020

WENDY KELLY, Director,
Arkansas Department of Corrections                                                  RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed February 8, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that Petitioner's Petition for a Writ of *Habeas Corpus* (ECF No. 1) be denied.

The parties have not filed objections to the Report and Recommendation and the time to object has now passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*. Petitioner's Petition for a Writ of *Habeas Corpus* (ECF No. 1) is hereby **DENIED**.

**IT IS SO ORDERED**, this 8th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge